[No. 50997-7-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANDRE ARCHIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-02260-1, Marianne Spearman, J. Pro Tem., entered August 29, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51050-9-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. YOBACHI FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02510-9, Paris K. Kallas, J., entered August 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51090-8-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALEN GLEASON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00387-2, Steven J. Mura, J., entered September 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51160-2-I.   Division One.   November 10, 2003.]

ELBERT V. BROOKS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-00462-8, Mary Yu, J., entered July 29, 2002. *Affirmed* by unpublished per curiam opinion.